ALA MOANA BOAT OWNERS' ASSOCIATION,
AN HAWAIIAN, UNINCORPORATED,
NON-PROFIT CORPORATION *v.* STATE OF HAWAII,
AND FUJIO MATSUDA, DIRECTOR, DEPARTMENT
OF TRANSPORTATION, STATE OF HAWAII.

No. 4559.

December 8, 1967.

RICHARDSON, C.J., MIZUHA, MARUMOTO, ABE
AND LEVINSON, JJ.

*Per Curiam.* The petition for rehearing is denied without argument.

*Ralph E. Corey* (*Clark, Corey, Robinson, Ryan* & *Ryan* of counsel) for the petition.